[Cite as *11/15/2007 Case Announcements,* 2007-Ohio-6058.]

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2007–1694.   **State ex rel. Toledo Blade Co. v. Seneca Cty. Bd. of Commrs.**
In Mandamus.

## CASE ANNOUNCEMENTS
*November 16, 2007*

[Cite as *11/16/2007 Case Announcements,* 2007-Ohio-6083.]

## MOTION AND PROCEDURAL RULINGS

2005–1316.   **State v. Frazier.**
Lucas C.P. No. CR04–1509. This cause came on for further consideration of appellant's motion for stay of execution scheduled for January 15, 2008. Upon consideration thereof,

It is ordered by the court that the motion is granted.

It is further ordered that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

It is further ordered that counsel for appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before the courts of this state have been exhausted.

2007–1551.   **Klein v. Moutz.**
Summit App. No. 23473, 2007-Ohio-3242. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the motion of Frank E. Steel and Michael A. Steel to withdraw as counsel for appellee,

It is ordered by the court that the motion is granted.

2007–1934.   **Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 07–259–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion to intervene of AT&T Ohio,

It is ordered by the court that the motion is granted.

2007–2021.   **State v. Hunter.**
Hamilton C.P. No. B0600596. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of execution,

It is ordered by the court that the motion is granted pending final disposition of this appeal.